IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WILLIAM JOSEPH GRAHAM,** *et al.***,**

    **Plaintiffs,**

**v.**                                             Civil Action No. 3:16cv206

**PORTFOLIO RECOVERY ASSOCIATES, LLC,**

    **Defendant.**

## NOTICE OF SETTLEMENT

Plaintiffs William Joseph Graham and Margaret E. Graham, by counsel, hereby notify the Court that the parties have settled Plaintiffs' claims and are in the process of completing the necessary documents and filing of a notice of voluntary dismissal with prejudice. Plaintiffs request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

    Respectfully Submitted,
    **WILLIAM JOSEPH GRAHAM**
    **MARGARET E. GRAHAM**

    By:__/s/_____
        Dale W. Pittman, VSB#15673
        THE LAW OFFICE OF DALE W. PITTMAN, P.C.
        The Eliza Spotswood House
        112-A West Tabb Street
        Petersburg, VA 23803
        Telephone: (804) 861-6000 - Telephone
        Fax: (804) 861-3368 - Fax
        E-mail:  dale@pittmanlawoffice.com

        Leonard A. Bennett, VSB#37523
        Susan M. Rotkis, VSB#40693
        Craig C. Marchiando, VSB#89736
        CONSUMER LITIGATION ASSOCIATES, P.C.
        763 J. Clyde Morris Blvd. 1-A
        Newport News, VA 23601

>(757) 930-3660 – Telephone
>(757) 930-3662 – Facsimile
>Email: lenbennett@clalegal.com
>Email: srotkis@clalegal.com
>
>*Counsel for Plaintiffs*

### Certificate of Service

I hereby certify that on the 20th day of September, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>David N. Anthony, Esquire
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, VA 23219
>david.anthony@troutmansanders.com
>*Counsel for Defendant Portfolio Recovery Associates, LLC*

>\_\_\_/s/_____
>Dale W. Pittman, VSB#15673
>Counsel for Plaintiffs
>THE LAW OFFICE OF DALE W. PITTMAN, P.C.
>The Eliza Spotswood House
>112-A West Tabb Street
>Petersburg, VA 23803
>Telephone: (804) 861-6000 - Telephone
>Fax: (804) 861-3368 - Fax
>E-mail: dale@pittmanlawoffice.com