UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WILLIAM JOSEPH GRAHAM and**
**MARGARET E. GRAHAM,**

      **Plaintiffs,**

      v.                                             Civil Action No. 3:16-cv-00206-REP

**PORTFOLIO RECOVERY**
**ASSOCIATES, LLC,**

      **Defendant.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

THIS DAY CAME Plaintiffs, William Joseph Graham and Margaret E. Graham (collectively, the "Plaintiffs"), by counsel, and move the Court to dismiss, with prejudice, the above captioned matter as to their claims against Defendant Portfolio Recovery Associates, LLC ("PRA").

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiffs and PRA, it be and hereby is

ORDERED, ADJUDGED and DECREED that this matter is DISMISSED WITH PREJUDICE as to Defendant Portfolio Recovery Associates, LLC, with the Court retaining jurisdiction solely for the purpose of enforcing the settlement of this matter.

Upon entry of this Order, the Clerk of the District Court shall send copies *testee* to all counsel of record.

**WE ASK FOR THIS:**

Dated: October 31, 2016

 /s/_____
Dale W. Pittman
Virginia State Bar No. 15673
The Law Office of Dale W. Pittman, P.C.
112-A West Tabb Street
Petersburg, VA 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368
Email: dale@pittmanlawoffice.com

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com

Dated: October 31, 2016

 /s/_____
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Portfolio Recovery Associates, LLC*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

29071758

2